**Exhibit A**

Table of Last-Observed Infringements by Defendants of Wicked Pictures's Copyright in the Motion Picture "XXX Avengers," Copyright Reg. No. PA0001745351

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.17.49.55 | 2011-09-11 03:00:51 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 2 | 108.27.25.30 | 2011-10-17 22:08:23 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 3 | 108.41.139.243 | 2011-09-04 02:59:52 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 4 | 108.41.31.249 | 2011-10-09 16:45:58 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 5 | 108.46.134.25 | 2011-10-15 21:34:55 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 6 | 108.54.118.123 | 2011-10-21 00:34:48 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 7 | 108.6.176.132 | 2011-09-23 23:27:34 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 8 | 108.6.229.133 | 2011-09-12 01:48:34 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 9 | 108.6.253.30 | 2011-09-08 18:55:32 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 10 | 173.68.162.70 | 2011-09-09 21:20:29 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 11 | 173.68.48.26 | 2011-10-05 09:14:02 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 12 | 173.68.98.115 | 2011-10-18 12:43:56 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 13 | 184.152.58.242 | 2011-09-26 12:26:29 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 14 | 24.161.61.9 | 2011-09-21 18:25:01 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 15 | 24.193.126.150 | 2011-09-20 18:59:51 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 16 | 24.193.41.61 | 2011-10-13 03:04:51 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 17 | 24.215.203.212 | 2011-09-18 02:16:21 -0400 | EarthLink | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 18 | 24.215.229.99 | 2011-10-02 00:06:08 -0400 | EarthLink | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 19 | 24.39.124.81 | 2011-10-20 00:01:50 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 20 | 24.42.77.48 | 2011-09-25 23:11:57 -0400 | EarthLink | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 21 | 24.59.157.102 | 2011-10-06 23:32:32 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 22 | 24.90.26.157 | 2011-10-06 18:42:40 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 23 | 24.90.71.154 | 2011-10-05 09:12:53 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 24 | 64.131.155.222 | 2011-10-21 22:43:39 -0400 | EarthLink | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 25 | 66.108.29.221 | 2011-10-03 03:10:01 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 26 | 66.65.117.148 | 2011-10-30 02:52:39 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 27 | 66.65.28.90 | 2011-10-15 00:56:48 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |

| | | | | | |
|---|---|---|---|---|---|
| Doe 28 | 66.65.76.5 | 2011-09-25 08:35:04 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 29 | 67.241.143.15 | 2011-09-01 17:57:59 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 30 | 67.243.182.247 | 2011-09-28 21:06:01 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 31 | 67.244.1.187 | 2011-09-07 18:08:36 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 32 | 67.244.17.248 | 2011-10-27 14:08:26 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 33 | 67.244.79.143 | 2011-10-24 09:34:45 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 34 | 67.244.98.26 | 2011-09-17 15:09:35 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 35 | 67.246.58.91 | 2011-09-26 12:50:50 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 36 | 67.248.238.88 | 2011-10-21 22:27:41 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 37 | 67.249.109.113 | 2011-10-25 21:50:21 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 38 | 67.249.45.4 | 2011-10-01 21:06:25 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 39 | 67.249.98.0 | 2011-10-07 09:08:39 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 40 | 67.251.68.101 | 2011-10-23 00:14:12 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 41 | 67.252.153.106 | 2011-10-30 10:28:58 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 42 | 67.252.177.240 | 2011-09-15 00:55:27 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 43 | 67.252.184.182 | 2011-10-10 21:08:54 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 44 | 67.252.19.91 | 2011-09-18 01:04:23 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 45 | 68.172.222.151 | 2011-09-28 19:37:52 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 46 | 68.173.154.7 | 2011-10-22 00:37:08 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 47 | 68.174.228.241 | 2011-09-27 01:45:31 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 48 | 69.207.13.113 | 2011-09-30 14:01:57 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 49 | 69.207.131.196 | 2011-09-17 02:25:25 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 50 | 69.86.82.139 | 2011-10-03 02:13:44 -0400 | EarthLink | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 51 | 71.164.94.61 | 2011-09-27 21:05:58 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 52 | 71.183.247.205 | 2011-09-28 20:55:52 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 53 | 71.241.144.159 | 2011-09-16 23:50:01 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 54 | 71.251.22.109 | 2011-09-11 07:00:56 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 55 | 72.225.251.111 | 2011-09-12 02:31:12 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 56 | 72.226.116.66 | 2011-10-30 08:25:43 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 57 | 72.226.122.5 | 2011-09-12 16:00:17 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 58 | 72.229.44.214 | 2011-10-07 02:51:17 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 59 | 72.230.108.69 | 2011-10-08 16:22:30 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 60 | 72.231.189.91 | 2011-09-01 14:12:29 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 61 | 74.106.204.241 | 2011-10-04 10:32:18 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 62 | 74.111.39.102 | 2011-10-17 02:59:47 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 63 | 74.111.42.84 | 2011-09-03 18:43:50 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |

| Doe 64 | 74.64.48.7 | 2011-09-06 02:53:00 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
|---|---|---|---|---|---|
| Doe 65 | 74.65.6.51 | 2011-10-17 15:33:14 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 66 | 74.65.69.172 | 2011-09-29 02:14:19 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 67 | 74.68.150.115 | 2011-09-02 17:42:13 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 68 | 74.68.26.160 | 2011-09-28 20:37:43 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 69 | 74.71.232.64 | 2011-10-17 07:00:58 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 70 | 74.72.145.195 | 2011-10-22 08:01:08 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 71 | 74.72.227.228 | 2011-09-28 12:19:12 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 72 | 74.73.64.181 | 2011-09-12 22:32:58 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 73 | 74.73.77.132 | 2011-09-06 18:34:51 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 74 | 74.74.116.56 | 2011-09-17 22:15:29 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 75 | 74.74.217.243 | 2011-10-08 15:09:41 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 76 | 74.74.95.14 | 2011-10-19 21:34:28 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 77 | 74.77.200.242 | 2011-09-29 03:09:24 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 78 | 74.77.216.119 | 2011-09-08 23:58:40 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 79 | 74.79.129.225 | 2011-09-14 20:43:45 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 80 | 74.79.211.70 | 2011-10-27 16:05:48 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 81 | 76.180.198.72 | 2011-10-18 11:04:27 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 82 | 76.180.212.222 | 2011-09-03 08:48:34 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 83 | 96.232.195.117 | 2011-09-19 11:49:27 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 84 | 96.236.33.32 | 2011-10-20 09:05:43 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 85 | 96.246.1.100 | 2011-09-21 11:11:21 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 86 | 96.250.247.198 | 2011-10-08 03:09:45 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 87 | 96.250.36.12 | 2011-09-16 18:17:41 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 88 | 98.113.134.250 | 2011-09-16 13:23:12 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 89 | 98.113.143.4 | 2011-10-05 21:10:46 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 90 | 98.113.144.205 | 2011-09-29 21:16:25 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 91 | 98.116.13.2 | 2011-09-25 20:13:15 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 92 | 98.15.144.161 | 2011-09-26 00:04:52 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |