Case 1:11-cv-07999-LLS   Document 1-2   Filed 11/08/11   Page 1 of 2



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = xxx avengers
Search Results: Displaying 1 of 1 entries



*XXX Avengers.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001745351 / 2011-06-10 |
| **Application Title:** | XXX Avengers. |
| **Title:** | XXX Avengers. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | SBO PICTURES d.b.a. WICKED PICTURES. Address: 9040 Eton Avenue, Canoga Park, CA, 91304. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-05-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | SBO Pictures d.b.a. WICKED PICTURES (author of pseudonymous work), employer for hire; Domicile: United States; Citizenship: United States. Authorship: editing/editor, direction/director, script/screenplay, production/producer, entire motion picture, cinematography/cinematographer, PHOTOGRAPHY AND PRINTED TEXT. |
| **Rights and Permissions:** | SBO PICTURES DBA WICKED PICTURES, 9040 ETON AVENUE, CANOGA PARK, CA, 91304, United States, (818) 349-3593 |
| **Names:** | SBO Pictures |
| | WICKED PICTURES |
| | SBO PICTURES |
| | WICKED PICTURES |



| Save, Print and Email (**Help Page**) |
|:---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                              Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page