Ying Liu
Carolyn Shields
LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, New York 11355
Tel 718-463-1868
carolynshields@verizon.net

Attorneys for DOE 2, Associated with
Internet Protocol (IP) Address
108.27.25.30, Defendant

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SBO PICTURES, INC.<br>9040 Eton Avenue<br>Canoga Park, CA 91304,<br><br>    Plaintiff,<br><br> v.<br><br>DOES 1-92,<br><br><br><br>    Defendants | CASE NO. 1:11-CV-07999-LLS<br><br><br><br>ECF CASE<br><br>DECLARATION OF CAROLYN SHIELDS IN SUPPORT OF REPLY OF DOE 2 TO PLAINTIFF'S OPPOSITION TO DEFENDANT DOE 2'S MOTION TO QUASH AND TO DISMISS |

**DECLARATION OF CAROLYN SHIELDS**
(28 U.S.C. § 1746)

 I, CAROLYN SHIELDS, declare:

 1.  I am one of the attorneys for the defendant sued as Doe 2, associated with IP Address 108.27.25.30.  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

    2.  On December 20, 2011, I used one of the Internet Protocol address location software programs available online, **http://iplocationdb.com/geolocation.html** , to search the location of IP Address 108.27.25.30.  It shows the location of the computer assigned IP Address 108.27.25.30 is College Point, New York, in zip code 11356, and at latitude 40.7842 and longitude -73.8422.  Attached as Exhibit A is a true and correct copy of that search and search result.

    3.  Defendant requests the Court to take judicial notice of the fact that College Point, New York is in Queens County within the Eastern District of New York; that zip code 11356 is in Queens County within the Eastern District of New York; that latitude 40.7842 and longitude -73.8422  is in Queens County within the Eastern District of New York, either one of which places the computer assigned IP Address 108.27.25.30 in the Eastern District of New York.  Attached as Exhibit B are documents which are readily available and from which the Court may take judicial notice of these facts under Rule 201, F.R.E.

  I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 20, 2011.

                                           _/s/Carolyn Shields_
                                           CAROLYN SHIELDS

# EXHIBIT A

Find IP Address Geolocation

# Find IP Address Geolocation

Enter IP address in the form below.

## IP Address: 108.27.25.30

Geolocation Information

| | |
|---|---|
| **Country:** | United States |
| **State/Region:** | New York |
| **City:** | College Point |
| **Postal code:** | 11356 |
| **Latitude:** | 40.7842 |
| **Longitude:** | -73.8422 |

General IP Information

| | |
|---|---|
| **ISP:** | Verizon Internet Services |
| **Organization:** | Verizon Internet Services |

Home | Find IP Location | Download Database | Contact Us

POWERED BY
MapData ©2011 - Terms of Use
Google

# EXHIBIT B






Address **17-0 126th St Queens, NY 11356**

