Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff SBO Pictures, Inc. dba Wicked Pictures

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SBO Pictures, Inc. dba Wicked Pictures<br><br>                    Plaintiff,<br><br>         v.<br><br>DOES 1-92,<br><br>                    Defendants. | CASE NO. 11-CV-07999-LLS<br><br>**Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 5, 8, 9, 11, 12, 52, 71** |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 5 | 108.46.134.25 | 2011-10-15 21:34:55 -0400 |
| Doe 8 | 108.6.229.133 | 2011-09-12 01:48:34 -0400 |
| Doe 9 | 108.6.253.30 | 2011-09-08 18:55:32 -0400 |
| Doe 11 | 173.68.48.26 | 2011-10-05 09:14:02 -0400 |
| Doe 12 | 173.68.98.115 | 2011-10-18 12:43:56 -0400 |
| Doe 52 | 71.183.247.205 | 2011-09-28 20:55:52 -0400 |
| Doe 71 | 74.72.227.228 | 2011-09-28 12:19:12 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

1
2
3   Date: January 11, 2012
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

_____
Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff SBO Pictures, Inc. dba Wicked Pictures

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. 11-CV-07999-LLS

2