Ying Liu
Carolyn Shields
LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, New York 11355
Tel:718-463-1868
carolynshields@verizon.net

Attorneys for DOE 2, Associated with
Internet Protocol (IP) Address
108.27.25.30, Defendant

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SBO PICTURES, INC.<br>9040 Eton Avenue<br>Canoga Park, CA 91304,<br><br>    Plaintiff,<br><br> v.<br><br>DOES 1-92,<br><br>    Defendants | CASE NO. 1:11-CV-07999-LLS<br><br>ECF CASE<br><br>WITHDRAWAL OF MOTION<br>OF DEFENDANT DOE 2, ASSOCIATED<br>WITH IP ADDRESS 108.27.25.30<br>TO QUASH SUBPOENA SERVED<br>ON NONPARTY VERIZON<br>INTERNET SERVICES UNDER<br>RULE 45, FED. R. CIV. P. AND TO<br>DISMISS |

Defendant DOE 2, ASSOCIATED WITH IP ADDRESS 108.27.25.30, hereby withdraws its previously filed Motion of Defendant Doe 2, Associated with IP Address 108.27.25,30 To Quash Subpoena Served on Nonparty Verizon Internet Services Under Rule 45, Fed. R. Civ. P. And To Dismiss.  Plaintiff and Doe 2 have settled their dispute.

//

//

DATED:       February 7, 2012           Respectfully submitted,

                                                         */s/ Carolyn Shields*
CAROLYN SHIELDS
YING LIU
LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel: 718-463-1868; Fax: 718-463-2883
carolynshields@verizon.net

Attorneys for DOE 2, Associated with Internet Protocol (IP) Address 108.27.25.30, Defendant